UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JUSTIN LOVE,

      Petitioner,

v.

UNITED STATES OF AMERICA,

      Respondent.

Civil Action No. 22-2768 (MAS)

**ORDER**

This matter having come before the Court on Petitioner Justin Love's motion to vacate sentence (ECF No. 1), the Court having considered the motion, the records of proceedings in this matter, the response of Respondents (ECF No. 6), and Petitioner's reply (ECF No. 24), and for the reasons set forth in the accompanying Opinion,

**IT IS** on this 7th day of May, 2025, **ORDERED** that:

1. Petitioner's motion to vacate sentence (ECF No. 1) is **DENIED**.

2. Petitioner is **DENIED** a certificate of appealability.

3. The Clerk of the Court shall serve a copy of this Order and the accompanying Opinion upon the parties electronically, and shall **CLOSE** the file.

 

**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**